

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2016

No. 04-15-00824-CV

**IN THE GUARDIANSHIP OF GEORGE V. GARCIA, AN INCAPACITATED PERSON,**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2015PB6000016 L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

The Appellant's First Motion for Extension of Time to File Appellant's Amended Brief is hereby GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court